# DEMAND BY EMPLOYEES TO INSPECT SHARE RECORDS AND MINUTES PURSUANT TO SECTION 624 OF THE NEW YORK STATE BUSINESS CORPORATION LAW

TO:

    SABRINA USA INC d/b/a Yumi Sushi; and
    QIN LAN INC d/b/a Yumi Sushi

    **PLEASE TAKE NOTICE**, that Plaintiff YU ZHANG and others similarly situated as employees of the above corporations who intend to demand, pursuant to the provisions of Section 630 of the Business Corporation Law of New York, and Section 609 of the Limited Liability Company Law of New York, payment of debts, wages and/or salaries due and owing to them as laborers, servants and/or employees of the above corporations for services performed by them for the above corporations within the six (6) years preceding the date of this notice from the ten largest shareholders of the above corporations, and who have expressly authorized the undersigned, as their attorney, to make this demand on their behalf.

    **PLAINTIFF HEREBY DEMANDS** the right to examine, in person or by agent or attorney, during usual business hours, the minutes of the proceedings of the shareholders and records of shareholders of the above corporations and to make extracts therefrom on or after five (5) days from receipt of this notice.

Dated:  December 31, 2018
         Flushing, NY

                                              Troy Law, PLLC
                                              *Attorneys for Plaintiff, the proposed FLSA*
                                             *Collective, and Potential Rule 23 Class*

                                                /John Troy/
                                           John Troy (JT0481)
                                         41-25 Kissena Boulevard Suite 119
                                         Flushing, NY 11355
                                         Tel: (718) 762-1324
                                         Email: johntroy@troypllc.com