TROY LAW, PLLC
John Troy (JT 0481)
41-25 Kissena Boulevard Suite 119
Flushing, NY 11355
Tel: (718) 762-1324
*Attorney for the Plaintiff, proposed FLSA Collective and potential Rule 23 Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
YU ZHANG,
*on his own behalf and on behalf of others similarly situated*

                        Plaintiff,
                      v.

SABRINA USA INC
    d/b/a Yumi Sushi; and
QIN LAN INC
    d/b/a Yumi Sushi;
AI LAN CHEN

                      Defendants.
------------------------------------------------------X

Case No: 18-cv-12332

**<u>CONSENT TO SUE</u>**

      By my signature below, I hereby authorize the filing and prosecution of the above-styled Fair Labor Standards Act action under Section 216(b) of the FLSA and agree to act as a representative of others similarly situated and to make decisions on my behalf and on behalf of others similarly situated concerning the litigation, the method and manner of conduction this litigation, and all other matters pertaining to this lawsuit.

_____     _____
Print Name                                                        Sign Name

_____     _____     _____
Address                                                              Apartment                                  Telephone

_____     _____@_____     _____
City, State, ZIP Code     Email Address                                                                                  Date