UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEB 2 1 2020

Yu Zhang
on his own behalf and on behalf of others similarly
situated,

                    Plaintiff,

          —v—

Sabrina USA Inc.,

                    Defendant.

18 CV 12332 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

        Due to the Court's unavailability, the post discovery conference previously scheduled for

Friday, April 10, 2020 at 3:00 p.m. is hereby adjourned to Thursday, April 23, 2020 at 3:30 p.m.

        SO ORDERED.

Dated: Feb 21, 2020
        New York, New York

                                    2/21/20

                    _____
                            ALISON J. NATHAN
                        United States District Judge

1