UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

Yu Zhang,

        Plaintiff,

–v–

Sabrina USA Inc. et al.,

        Defendants.

18-cv-12332 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The conference scheduled for May 6, 2021 at 2:00 p.m. will proceed by teleconference. At that time, the parties shall dial **888-363-4749** and enter access code **9196964**. Members of the public may use the same number to access audio of the proceeding but will not be allowed to speak.

    SO ORDERED.

Dated: May 5, 2021
       New York, New York

                            ALISON J. NATHAN
                          United States District Judge