USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yu Zhang,

        Plaintiff,

–v–

Sabrina USA Inc., et al.,

        Defendants.

18-cv-12332 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Pursuant to today's final pre-trial conference, the parties are hereby ORDERED to meet and confer by telephone regarding settlement and submit a joint letter on or before July 29, 2021, confirming that such discussion has occurred.

    SO ORDERED.

Dated: July 26, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge