UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yu Zhang,

        Plaintiff,

—v—

Sabrina USA Inc. et al.,

        Defendants.

18-cv-12332 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A non-jury trial was held in this case on August 2, 2021, and August 3, 2021. Pursuant to Federal Rule of Civil Procedure 52(a)(1), this Court stated its findings of fact and conclusions of law orally and found that Plaintiff did not meet his burden of proof. The Clerk of Court is respectfully directed to enter judgment in favor of Defendants.

    As further stated on the record at today's proceedings in this case, Defendants are hereby ORDERED to either file a motion for sanctions or file a letter indicating that they do not intend to file a motion by August 17, 2021.

    SO ORDERED.

Dated: August 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1