# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Yu Zhang,

                Plaintiff,                18 **CIVIL** 12332 (AJN)

     -against-                 **JUDGMENT**

Sabrina USA Inc. et al.,

                Defendants.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 3, 2021, a non-jury trial was held in this case on August 2, 2021, Pursuant to Federal Rule of Civil Procedure 52(a)(1), this Court stated its findings of fact and conclusions of law orally and found that Plaintiff did not meet his burden of proof. Judgment is entered in favor of Defendants.

**Dated:** New York, New York
         August 4, 2021

                                              **RUBY J. KRAJICK**

                                              Clerk of Court

                                  BY:

                                              Deputy Clerk